IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NATIONAL ENDOWMENT FOR DEMOCRACY, <br><br> *Plaintiff*, <br><br> v. <br><br> UNITED STATES, et al., <br><br> *Defendants*. | No. 1:25-cv-00648 |

**PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER**

Plaintiff National Endowment for Democracy ("the Endowment") respectfully moves pursuant to Federal Rule of Civil Procedure 65 for a temporary restraining order. For the reasons presented in the memorandum in support of this motion, the Court should enter an order that would stop Defendants and those they supervise from impounding or otherwise interfering with the Endowment's congressionally mandated funding. The precise contours of the order the Endowment seeks are provided in the proposed order attached to this motion.

Pursuant to Local Rule 65.1(a), counsel for Plaintiffs emailed the Director for the Federal Programs Branch of the Department of Justice, the Chief of the Civil Division of the U.S. Attorney's Office in Washington, D.C., and the civil process clerk of that office on March 6, 2025, shortly before filing this motion, to provide them with electronic copies of this complaint, this motion for a temporary restraining order, the accompanying memorandum, the unsealed declarations supporting the motion and associated exhibits, and the proposed order. Defendants will separately be served in hard copy, pursuant to this Court's local rules, with the motion to seal and sealed declarations.

1

Dated: March 6, 2025                                        Respectfully submitted,

*/s/ Donald B. Verrilli, Jr.*
Donald B. Verrilli, Jr. (D.C. Bar No. 420434)
Ginger D. Anders (D.C. Bar No. 494471)
Jeremy S. Kreisberg (D.C. Bar No. 1048346)
Helen E. White (D.C. Bar No. 1741368)*
Esthena L. Barlow (D.C. Bar No. 90000252)*
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Avenue NW, Suite 500E
Washington, D.C. 20001
(202) 220-1100
Donald.Verrilli@mto.com
Ginger.Anders@mto.com
Jeremy.Kreisberg@mto.com
Helen.White@mto.com
Esthena.Barlow@mto.com

Gabriel M. Bronshteyn (*pro hac vice* forthcoming)
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, California 94105
(415) 512-4000
Gabriel.Bronshteyn@mto.com

\* *admission pending*

*Attorneys for the National Endowment for Democracy*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 6, 2025, I filed the foregoing document with the Clerk of Court for the United States District Court for the District of Columbia using the court's CM/ECF filing.

I further certify that a copy of the foregoing will be deposited with the United States Postal Service, for delivery to the below Defendants and to the Department of Justice by Certified Mail:

| | |
|---|---|
| United States Department of Treasury<br>1500 Pennsylvania Ave., NW<br>Washington, DC 20220 | Scott Bessent<br>Secretary<br>United States Department of the Treasury<br>1500 Pennsylvania Ave., NW<br>Washington, DC 20220 |
| United States Office of Management and Budget<br>725 17th Street, NW<br>Washington, DC 20503 | Russell Vought<br>Director<br>United States Office of Management and Budget<br>725 17th Street, NW<br>Washington, DC 20503 |
| United States Department of State<br>2201 C Street NW<br>Washington, DC 20520 | Marco Rubio<br>Secretary<br>United States Department of State<br>2201 C Street, NW<br>Washington, DC 20520 |
| Edward R. Martin Jr.<br>United States Attorney for the District of Columbia<br>Civil Process Clerk<br>U.S. Attorney's Office for D.C.<br>601 D Street, NW<br>Washington, DC 20530 | Pamela Bondi<br>Attorney General of the United States<br>U.S. Department of Justice<br>950 Pennsylvania Ave., NW<br>Washington, DC 20530 |
| United States Department of Health and Human Services<br>Hubert H. Humphrey Building<br>200 Independence Ave., SW<br>Washington, DC 20201 | Robert F. Kennedy, Jr.<br>Secretary<br>U.S. Department of Health and Human Services<br>Hubert H. Humphrey Building<br>200 Independence Ave., SW<br>Washington, DC 20201 |
| | Melissa Bruce<br>Director Program Support Center<br>U.S. Department of Health and Human Services |

| | |
|---|---|
| | Hubert H. Humphrey Building<br>200 Independence Ave., SW<br>Washington, DC 20201 |

|  |
|---|
| /s/ Donald B. Verrilli, Jr. |
| Donald B. Verrilli, Jr.<br>**MUNGER, TOLLES & OLSON LLP**<br>601 Massachusetts Ave., NW, Suite 500E<br>Washington, DC 20001<br>Telephone: (202) 220-1100<br>donald.verrilli@mto.com<br><br>*Attorney for National Endowment for Democracy* |

4