# EXHIBIT E

# DECLARATION OF JOANNA HOSANIAK

I, Joanna Hosaniak, declare as follows:

1. I am the Deputy Director General of Citizens' Alliance for North Korean Human Rights (NKHR). The statements made in this declaration are based on my personal knowledge and the information made available to me pursuant to my duties as Deputy Director General of NKHR.

2. For nearly three decades, NKHR has been at the forefront of international advocacy for human rights in North Korea. Since its founding in 1996, NKHR has played a pivotal role in shaping global awareness and policy responses to North Korea's egregious human rights violations. Most notably, its tireless efforts laid the groundwork for the establishment of the United Nations Commission of Inquiry (COI) on Human Rights in North Korea in 2013, a landmark development that fundamentally altered international awareness and led to the condemnation of decades-long crimes against humanity committed in North Korea with impunity.

3. NKHR has long been a vital source of independent, credible information for journalists, governments, and international organizations. The organization's in-depth analyzes and firsthand testimonies have shaped global discourse and policy, ensuring that North Korean human rights remain a priority even as geopolitical landscapes shift.

4. This work has been supported since 1999 by grants from the National Endowment for Democracy (NED). NED is NKHR's principal donor, providing approximately 60% of NKHR's total annual funding. In the absence of alternative funding sources, NED stepped forward to back the emerging North Korean human rights movement. This support exemplifies NED's commitment to universal values and democracy, empowering civil society organizations to challenge oppressive regimes. By exposing the crimes of totalitarian systems, these efforts not only defend the rights of United States citizens but also address threats to global security that these regimes pose.

5. Following the notification of a funds freeze and the suspension of grant from NED, the Citizens' Alliance for North Korean Human Rights faces the threat of imminent closure. We currently have two grants from NED—one for an important and sensitive investigation, and the other for core support for our organization. We have now fully exhausted the core support funds we previously received from NED. We are unable to fill this gap with our other funding sources, because only about 10% of our non-NED funds can be used for core support; the rest is dedicated to particular programs.

6. The loss of essential funding has already resulted in severe harm to NKHR's mission, leading to imminent layoffs of dedicated staff trained in investigations, providing legal advice to the victims, as well as the curtailment of crucial human rights monitoring efforts. Without NED

funding, we will soon need to move offices and layoff additional dedicated staff. The reduction of investigation into North Korea's tainted supply chains and forced labor not only diminishes accountability but also emboldens perpetrators to continue exploiting vulnerable populations with impunity.

7. Without NKHR's investigative capacity, critical evidence of systemic abuses will go undocumented, allowing grave human rights violations to persist unchecked. The organization's extensive database, built over two decades and instrumental in preparing filing of the first criminal lawsuit against North Korean perpetrators, stands in jeopardy of being lost. The victims of North Korean abuses will suffer the greatest loss. NKHR has been instrumental in amplifying their voices, connecting them with international bodies, and advocating for meaningful justice. Without NKHR's sustained advocacy, the already-limited avenues for redress and accountability shrink further, leaving countless victims without hope or recourse.

8. NKHR's funding freeze will have far-reaching implications for international security. North Korea's human rights abuses are deeply intertwined with broader security threats, including the supply chains and military networks that finance illicit activities and perpetuate state-sponsored forced labor, torture, gender-based violence, and modern slavery. These abuses are often tied to prison camps producing goods for export to international markets. NKHR's research has been instrumental in uncovering these transnational issues, shaping diplomatic strategies and sanctions policies. Without its independent oversight, the global community risks losing a vital source of intelligence, potentially weakening efforts to confront the threats posed by North Korea.

9. The loss of NKHR's capacity is not merely an institutional setback; it is a devastating blow to global human rights advocacy, international accountability mechanisms, and the very principles upon which human dignity and justice are upheld. The inability to sustain this critical work will allow the North Korean regime to continue its abuses in darkness, free from the scrutiny that organizations like Citizens' Alliance for North Korean Human Rights has so effectively maintained.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 28, 2025.

*Joanna Hosaniak*

Joanna Hosaniak
Deputy Director General
Citizens' Alliance for North Korean Human Rights