# EXHIBIT F

**Declaration of Adiljan Abdurihim**

I, Adiljan Abdurihim, declare as follows:

1. I am one of the founders of the Uyghur Transitional Justice Database (UTJD). The statements made in this declaration are based on my personal knowledge and the information made available to me pursuant to my duties as Coordinator, Data Technician at UTJD.

2. UTJD is an independent nonprofit organization that focuses on the documentation of human rights violations committed against the Uyghurs and other Turkic peoples in East Turkistan (aka. Xinjiang) through the collection of testimonies and research-based advocacy. UTJD was founded in 2017 as a project of the Norwegian Uyghur Committee and became an independent nonprofit organization in 2019. We have started building reality-based detailed 3D models of internment camps in VR, and possibly in the foreseeable future also 3D models of historical mosques, sacred tombs, and other cultural relics/sites that have been (fully or partially) demolished by the Chinese regime. We aim to create a virtual interactive museum in the future, featuring all things related to the Uyghurs and other Turkic peoples in East Turkistan. Our work has been featured in various news outlets and in several documentaries. We publish reports and books, e.g., *Remolding the Uyghurs to Fit the Han-ethnocentric Mold*. We also submit reports and policy recommendations to governments.

3. UTJD documents and demonstrates the horrors of the Chinese regime's concentration camps in various ways, namely through research, data analysis, books, reports, 3D modeling, virtual reality, and documentary miniseries. Data analysis and evidence is a critical check on authoritarian regimes' ability to create repressive policies or disinformation.

4. I was one of the founders of UTJD in 2017. Since 2018, UTJD has received grants from the National Endowment for Democracy (NED). These grants have allowed UTJD to dedicate personnel to full-time work. That has been critical in allowing UTJD to publish its work, including documents that may be admissible in judicial proceedings.

5. The vast majority of our funding comes from NED. Our other funding is typically short-term and project-specific.

6. On February 12, we received a letter from NED stating that NED could not make further payments. Shortly after, we announced to our core staff and consequently to contractors that there will be terminations. We expect to issue written notices of termination in early March, and consequently we expect staff who receive a notice of termination to begin finding other

jobs. We also need, will need, to terminate our office contract, leaving us uncertain about where to store sensitive documents.

7. By April, we will have exhausted NED funds and will need to rely on volunteer work to continue our operations.

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 28, 2025.

_____
Adiljan Abdurihim
Coordinator/Data Technician
Uyghur Transitional Justice Database