# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NATIONAL ENDOWMENT FOR DEMOCRACY, <br><br> *Plaintiff*, <br><br> v. <br><br> UNITED STATES, et al., <br><br> *Defendants*. | No. 1:25-cv-00648 |

## [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER

This matter came before the Court on Plaintiff's Motion for a Temporary Restraining Order. After consideration of that motion and all related filings, it is hereby ORDERED that Plaintiff's motion is GRANTED for substantially the same reasons raised in Plaintiff's memorandum in support of its motion. The Court therefore ORDERS:

1. That all Defendants and their agents are enjoined from impounding, blocking, or otherwise interfering with payment of appropriated funds to the Endowment, including by interfering with the apportionment, obligation, and ultimate disbursement of such funds;

2. That Defendants shall file a status report with the Court within 24 hours of this order, and at regular intervals thereafter, confirming the regular disbursement and obligation of the Endowment's appropriated funds and reporting all steps that Defendants and their agents have taken to comply with the Court's temporary restraining order.

**SO ORDERED**:

_____        _____
Date                                                                                  UNITED STATES DISTRICT JUDGE