AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| National Endowment For Democracy<br>*Plaintiff* | ) ) | |
| v. | ) | Case No. 1:25-cv-00648 |
| The United States of America, et al.<br>*Defendant* | ) ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

National Endowment For Democracy .

Date:   03/07/2025

/s/ Gabriel M. Bronshteyn
*Attorney's signature*

Gabriel M. Bronshteyn (CA 338011)
*Printed name and bar number*

MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105

*Address*

Gabriel.Bronshteyn@mto.com
*E-mail address*

(415) 512-4000
*Telephone number*

*FAX number*