IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ENDOWMENT FOR DEMOCRACY, <br><br> *Plaintiff*, <br><br> v. <br><br> UNITED STATES, et al. <br><br> *Defendants*. | No. 1:25-cv-648-DLF |

**[PROPOSED] ORDER GRANTING JOINT MOTION TO HOLD TRO PROCEEDINGS IN ABEYANCE**

On review and consideration of the parties' Joint Motion to Hold TRO Proceedings in Abeyance, it is hereby:

**ORDERED** that the Motion is **GRANTED**, and it is further

**ORDERED** that the deadlines for filing an Opposition to Plaintiff's Motion for a Temporary Restraining Order and a reply in support of that Motion are stayed pending further order of this Court, and it is further

**ORDERED** that the hearing on Plaintiff's Motion for a Temporary Restraining Order is postponed pending further order of this Court, and it is further

**ORDERED** that the parties shall jointly submit a status report 10 days after this Order, and every 10 days thereafter until the Motion for a Temporary Restraining Order is no longer pending, informing this Court of any developments regarding the National Endowment for Democracy's funding and the parties' positions concerning the continued appropriateness of holding the Motion for a Temporary Restraining Order in abeyance.

1

**SO ORDERED**:

_____   _____
Date                                                                    UNITED STATES DISTRICT JUDGE