CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

NATIONAL ENDOWMENT FOR DEMOCRACY
_____
        Plaintiff(s)

                                                    Civil Action No. __1:25-cv-648-DLF__

        vs.

UNITED STATES OF AMERICA, et al.
_____
        Defendant(s)

### AFFIDAVIT OF MAILING

        I, __Jeremy Kreisberg_____, hereby state that:

        On the __6th_____ day of __March_____, __2025___, I caused to be deposited in the

United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid,

return receipt requested, restricted delivery, addressed to the following defendant:


        United States Department of Treasury, 1500 Pennsylvania Ave., NW, Washington, DC 20220


        I have received the receipt for the certified mail, No. __9589 0710 5270 2345 2964 97_____

(attached hereto), indicating that delivery of the summons and complaint was made upon said defendant

on the __10th_____ day of __March_____, __2025___.

        I declare under penalty of perjury that the foregoing is true and correct.


____June 2, 2025_____              ____/s/ Jeremy Kreisberg_____
        (Date)                                      (Signature)

ALERT: SEVERE WEATHER MOVING FROM THE CENTRAL U.S. THROUGH THE EASTERN U.S. …

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 9589071052702345296497

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was picked up at a postal facility at 4:04 am on March 10, 2025 in WASHINGTON, DC 20220.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered
**Delivered, Individual Picked Up at Postal Facility**

WASHINGTON, DC 20220
March 10, 2025, 4:04 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Feedback

| | |
|---|---|
| **Text & Email Updates** | ⌄ |
| **USPS Tracking Plus®** | ⌄ |
| **Product Information** | ⌄ |

See Less ⌃

Track Another Package