# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| National Endowment for Democracy, ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 1:25-cv-648-DLF |
| United States of America, *et al.*, ) | |
| Defendants. ) | |

## NOTICE OF WITHDRAWAL OF ENTRY OF APPEARANCE

Pursuant to Local Civil Rule 83.6(b), undersigned counsel, Daniel Schwei, respectfully withdraws his entry of appearance as counsel for Defendants. Mr. Schwei's last day of employment with the Department of Justice is June 6, 2025. Joshua Schopf will continue to represent Defendants in this matter.

Dated: June 5, 2025

Respectfully Submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

*/s/   Daniel Schwei*
DANIEL SCHWEI
Special Counsel (N.Y. Bar)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Tel.:   (202) 305-8693
Fax:   (202) 616-8460
Email: daniel.s.schwei@usdoj.gov