IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NATIONAL ENDOWMENT FOR DEMOCRACY,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>*Defendants*. | No. 1:25-cv-648-DLF |

## CONSENT MOTION TO MODIFY SCHEDULING ORDER

Defendants United States of America, et al. (Defendants) submit this motion, with Plaintiff's consent, to modify the Court's June 16, 2025 scheduling order and allow for an additional two days to produce the Administrative Record. All other remaining deadlines will move back as well, consistent with the following schedule:

| | |
|---|---|
| July 10: | Production of Administrative Record |
| July 21: | Motion for Preliminary Injunction |
| July 30: | Opposition to Motion for Preliminary Injunction |
| August 4: | Reply in support of Preliminary Injunction |
| August 7: | Tentative hearing date |

Defendants respectfully request that the Court enter the modified schedule. A proposed order is included.

1

Dated: July 8, 2025                              Respectfully submitted,

                                                  BRETT A. SHUMATE  
Assistant Attorney General  
Civil Division

YAAKOV M. ROTH  
Principal Deputy Assistant Attorney General  
Civil Division

ERIC J. HAMILTON  
Deputy Assistant Attorney General

ALEXANDER K. HAAS  
Director

JOSEPH E. BORSON  
Assistant Branch Director  
Federal Programs Branch

*/s/ Joshua N. Schopf*  
JOSHUA N. SCHOPF  
Trial Attorney  
Julia Heiman  
Senior Counsel  
United States Department of Justice  
Civil Division, Federal Programs Branch  
1100 L St. NW  
Washington, DC 20005  
Phone: (202) 514-6304  
Email: joshua.n.schopf@usdoj.gov

*Counsel for Defendants*

2

## [PROPOSED] ORDER MODIFYING SCHEDULE

Upon consideration of the Motion to Modify the Scheduling Order dated July 8, 2025, it is hereby:

**ORDERED** that the following schedule shall govern further proceedings relating to Plaintiff's forthcoming motion for preliminary injunction:

| | |
|---|---|
| July 10: | Production of Administrative Record |
| July 21: | Motion for Preliminary Injunction |
| July 30: | Opposition to Motion for Preliminary Injunction |
| August 4: | Reply in support of Preliminary Injunction |
| August 7: | Hearing at 11:30 am |

**IT IS SO ORDERED**.

Dated: _____                                   _____
                                                          **DABNEY L. FRIEDRICH**
                                                          United States District Judge