IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NATIONAL ENDOWMENT FOR DEMOCRACY,<br><br>  *Plaintiff*,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>  *Defendants*. | No. 1:25-cv-648-DLF |

## NOTICE OF FILING

Defendants respectfully submit the attached administrative record pursuant to the Court's July 8, 2025 Minute Order.

Dated: July 10, 2025

              Respectfully submitted,

              BRETT A. SHUMATE
              Assistant Attorney General

              ALEXANDER K. HAAS
              Director, Federal Programs Branch

              JOSEPH E. BORSON
              Assistant Branch Director
              Federal Programs Branch

              */s/ Julia A. Heiman*
              JULIA A. HEIMAN
              JOSHUA N. SCHOPF
              United States Department of Justice
              Civil Division, Federal Programs Branch
              1100 L Street NW
              Washington, DC 20530
              Tel.: (202) 616-8480

Fax:   (202) 616-8460
Email: julia.heiman@usdoj.gov

*Counsel for Defendants*