UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL ENDOWMENT FOR DEMOCRACY,

*Plaintiff*,

v.

UNITED STATES OF AMERICA, *et al.*,

*Defendants*.

No. 25-cv-00648 (DLF)

### ORDER

For the reasons stated in the accompanying memorandum opinion, it is hereby

**ORDERED** that the plaintiff's Motion for a Preliminary Injunction, Dkt. 40, is **GRANTED**. The defendants and their agents are **ENJOINED** from withholding, blocking, reserving, or otherwise interfering with payment of appropriated funds for fiscal year 2025 to the Endowment, including by interfering with the apportionment, obligation, and ultimate disbursement of such funds. It is further

**ORDERED** that the defendants shall file a status report on or before August 13, 2025, confirming the regular apportionment, obligation, and disbursement of the Endowment's fiscal year 2025 appropriated funds and reporting all steps that the defendants and their agents have taken to comply with the Court's preliminary injunction.

**SO ORDERED**.

_____
DABNEY L. FRIEDRICH
United States District Judge

August 11, 2025