### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NATIONAL ENDOWMENT FOR DEMOCRACY, | : : : : |
| *Plaintiff*, | : No. 1:25-cv-648-DLF : |
| v. | : : |
| UNITED STATES OF AMERICA, et al., | : : |
| *Defendants*. | : : |

### DEFENDANTS' STATUS REPORT

1. Defendants hereby respond to the Court's Preliminary Injunction Order of August 11, 2025.

2. The Court's Order requires Defendants to confirm "the regular apportionment, obligation, and disbursement of the Endowment's fiscal year 2025 appropriated funds and report[] all steps that the defendants and their agents have taken to comply with the Court's preliminary injunction."

3. The Office of Management and Budget has apportioned the remaining fiscal year 2025 funding in the National Endowment for Democracy (NED) account to the Department of State.

4. The Department of State has allotted these funds to the Bureau of Democracy, Human Rights, and Labor (DRL) in the Department of State financial system.

5. All $94,941,000 of the remaining funding in the FY 2025 NED account are now available for obligation, and DRL will work expeditiously to obligate and disburse those funds to NED through a grant consistent with applicable law.

Dated: August 13, 2025	Respectfully submitted,

	BRETT A. SHUMATE
	Assistant Attorney General

	ALEXANDER K. HAAS
	Director, Federal Programs Branch

	JOSEPH E. BORSON
	Assistant Branch Director
	Federal Programs Branch


	*/s/ Julia A. Heiman*
	JULIA A. HEIMAN
	JOSHUA N. SCHOPF
	United States Department of Justice
	Civil Division, Federal Programs Branch
	1100 L Street NW
	Washington, DC 20530
	Tel.:	(202) 616-8480
	Fax:	(202) 616-8460
	julia.heiman@usdoj.gov
	joshua.n.schopf@usdoj.gov


	*Counsel for Defendants*