IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL ENDOWMENT FOR DEMOCRACY,

    *Plaintiff*,

v.

UNITED STATES OF AMERICA, et al.,

    *Defendants*.

No. 1:25-cv-648-DLF

## JOINT STATUS REPORT

Plaintiff the National Endowment for Democracy (Endowment or NED) and Defendants United States of America, et al. (Defendants) submit this Joint Status Report, as required by this Court's Minute Order of August 13, 2025.

The Court's Order requires Defendants to report on steps they have taken in compliance with the Preliminary Injunction entered in this matter. Defendants report that, since their August 13, 2025, Status Report, ECF No. 47, the Bureau of Democracy, Human Rights, and Labor (DRL) of the Department of State has obligated to Plaintiff the $94,941,000 that had remained in the FY2025 NED account. Those funds were obligated to Plaintiff on August 21, 2025.

With respect to next steps in the instant litigation, the parties respectfully propose that the Court stay Defendants' obligation to respond to the Amended Complaint, and permit the parties to submit another joint status report in 30 days. In support of this proposal, Defendants note that Plaintiff has obtained the relief Plaintiff sought in its Amended Complaint, and therefore anticipate that they would argue in subsequent motions practice that this matter has become moot. However, Defendants understand Plaintiff takes a different position.

1

The Endowment agrees with Defendants' proposal that the parties file a joint status report in 30 days, but the Endowment intends to oppose any motion to dismiss this case as moot. At this time, the Endowment is monitoring recent State Department activities that may be relevant to the next steps in the litigation. On the night that this Court issued a preliminary injunction, the State Department emailed a letter to the Endowment asserting that it was initiating "a programmatic and financial audit of NED and each of its four core institutes." *But see* 22 U.S.C. 4413(g) (authorizing State to audit only the "financial transactions of the Endowment"). At the Endowment's request, the State Department convened a meeting between the Endowment and Executive Branch officials regarding this audit. At this meeting, and notwithstanding this Court's preliminary injunction decision, the Executive Branch officials explained that a purpose of the audit is to ensure that the Endowment's activities are in alignment with Administration "priorities." At this time, the Endowment is preparing responsive information to provide to the State Department. The Endowment will continue to monitor this audit for compliance with the law, including this Court's preliminary injunction.

The parties therefore jointly propose that the Court permit them to confer further and to see how events unfold.

Dated: August 22, 2025                                  Respectfully submitted,

|  |  |
|---|---|
| BRETT A. SHUMATE<br>Assistant Attorney General<br><br>ALEXANDER K. HAAS<br>Director, Federal Programs Branch<br><br>JOSEPH E. BORSON<br>Assistant Branch Director<br>Federal Programs Branch<br><br><br>*/s/ Julia A. Heiman*<br>JULIA A. HEIMAN<br>JOSHUA N. SCHOPF<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street NW<br>Washington, DC 20530<br>Tel.:   (202) 616-8480<br>Fax:   (202) 616-8460<br>Email: julia.heiman@usdoj.gov<br><br>*Counsel for Defendants* | */s/ Donald B. Verrilli, Jr.*<br>Donald B. Verrilli, Jr. (D.C. Bar No. 420434)<br>Ginger D. Anders (D.C. Bar No. 494471)<br>Jeremy S. Kreisberg (D.C. Bar No. 1048346)<br>Helen E. White (D.C. Bar No. 1741368)<br>Esthena L. Barlow (D.C. Bar No. 90000252)<br>MUNGER, TOLLES & OLSON LLP<br>601 Massachusetts Avenue NW, Suite 500E<br>Washington, D.C. 20001<br>(202) 220-1100<br>Donald.Verrilli@mto.com<br>Ginger.Anders@mto.com<br>Jeremy.Kreisberg@mto.com<br>Helen.White@mto.com<br>Esthena.Barlow@mto.com<br><br>Gabriel M. Bronshteyn (*pro hac vice*)<br>MUNGER, TOLLES & OLSON LLP<br>560 Mission Street, Twenty-Seventh Floor<br>San Francisco, California 94105<br>(415) 512-4000<br>Gabriel.Bronshteyn@mto.com<br><br>*Attorneys for the National Endowment for Democracy* |