IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ENDOWMENT FOR DEMOCRACY,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>*Defendants*. | No. 1:25-cv-648-DLF |

### JOINT STATUS REPORT

Plaintiff the National Endowment for Democracy (Endowment or NED) and Defendants United States of America, et al. (Defendants) submit this Joint Status Report, as required by this Court's Minute Order of August 23, 2025.

With respect to next steps in the instant litigation, for the reasons set forth in their prior status report, *see* ECF No. 48, the parties respectfully propose that the Court continue to stay Defendants' obligation to respond to the Amended Complaint, and permit the parties to submit another joint status report in 30 days. Specifically, Defendants note that Plaintiff has obtained the relief Plaintiff sought in its Amended Complaint, and therefore anticipate that they would argue in subsequent motions practice that this matter has become moot. However, Defendants understand Plaintiff takes a different position.

Consistent with its position as stated in the parties' prior joint status report, the Endowment intends to oppose any motion to dismiss this case as moot. In that joint status report, the Endowment reported that it had received a letter from the State Department on the night that this Court issued a preliminary injunction. That letter asserted that the State Department was initiating

1

"a programmatic and financial audit of NED and each of its four core institutes." In response to the State Department's letter, on September 10 the Endowment submitted over 22,000 pages of requested documents along with a cover letter underscoring the Endowment's continued commitment to consult and engage with the Executive Branch in connection with the Endowment's work. The Endowment's cover letter further stated that it would await feedback from the State Department and would evaluate providing additional materials following the State Department's review. As of the date of this joint status report, the Endowment has received no formal feedback from the State Department.

The parties therefore again jointly propose that the Court permit them to confer further and to see how events unfold.

Dated: September 22, 2025                    Respectfully submitted,

                                             /s/ Donald B. Verrilli, Jr.
BRETT A. SHUMATE                             Donald B. Verrilli, Jr. (D.C. Bar No. 420434)
Assistant Attorney General                   Ginger D. Anders (D.C. Bar No. 494471)
                                             Jeremy S. Kreisberg (D.C. Bar No. 1048346)
ALEXANDER K. HAAS                            Helen E. White (D.C. Bar No. 1741368)
Director, Federal Programs Branch            Esthena L. Barlow (D.C. Bar No. 90000252)
                                             MUNGER, TOLLES & OLSON LLP
JOSEPH E. BORSON                             601 Massachusetts Avenue NW, Suite 500E
Assistant Branch Director                    Washington, D.C. 20001
Federal Programs Branch                      (202) 220-1100
                                             Donald.Verrilli@mto.com
                                             Ginger.Anders@mto.com
/s/ Julia A. Heiman                          Jeremy.Kreisberg@mto.com
JULIA A. HEIMAN                              Helen.White@mto.com
JOSHUA N. SCHOPF                             Esthena.Barlow@mto.com
United States Department of Justice
Civil Division, Federal Programs             Gabriel M. Bronshteyn (*pro hac vice*)
Branch                                       MUNGER, TOLLES & OLSON LLP
1100 L Street NW                             560 Mission Street, Twenty-Seventh Floor
Washington, DC 20530                         San Francisco, California 94105
Tel.:   (202) 616-8480                       (415) 512-4000
Fax:    (202) 616-8460                       Gabriel.Bronshteyn@mto.com
Email: julia.heiman@usdoj.gov
                                             Miranda E. Rehaut (*pro hac vice*)
*Counsel for Defendants*                     MUNGER, TOLLES & OLSON LLP
                                             350 S. Grand Avenue, Fiftieth Floor
                                             Los Angeles, California 90071
                                             (213) 683-9100
                                             Miranda.Rehaut@mto.com

                                             *Attorneys for the National Endowment for
                                                 Democracy*