IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NATIONAL ENDOWMENT FOR DEMOCRACY, <br><br> *Plaintiff*, <br><br> v. <br><br> UNITED STATES OF AMERICA, et al., <br><br> *Defendants*. | : <br> : <br> : <br> : No. 1:25-cv-648-DLF <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

## NOTICE OF APPEAL

NOTICE is hereby given that Defendants in the above-referenced matter hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from this Court's Order entering a preliminary injunction on August 11, 2025, ECF Nos. 45, 46.

1

Dated: October 9, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

JOSEPH E. BORSON
Assistant Branch Director
Federal Programs Branch

*/s/ Julia A. Heiman*
JULIA A. HEIMAN
JOSHUA N. SCHOPF
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Tel.:   (202) 616-8480
Fax:   (202) 616-8460
julia.heiman@usdoj.gov
joshua.n.schopf@usdoj.gov

*Counsel for Defendants*