IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NATIONAL ENDOWMENT FOR DEMOCRACY, <br><br> *Plaintiff,* <br><br> v. <br><br> UNITED STATES OF AMERICA, et al., <br><br> *Defendants.* | No. 1:25-cv-648-DLF |

## JOINT STATUS REPORT

Plaintiff the National Endowment for Democracy (Endowment or NED) and Defendants United States of America, et al. (Defendants) submit this Joint Status Report, as required by this Court's Minute Order of December 15, 2025.

Following the parties' joint status report of December 14, 2025 (ECF No. 54), the parties discussed potential settlement options and motions practice. At this time, Defendants intend to move to dismiss this case as moot and the Endowment intends to oppose. The parties respectfully suggest that this Court continue to stay Defendants' obligation to respond to the Amended Complaint and permit the parties to submit another joint status report in 15 days, at which time the parties intend to propose a schedule to govern the Defendants' forthcoming motion to dismiss.

The Endowment further provides the following information regarding the Defendants' conduct since this Court issued a preliminary injunction. In addition to the "audit" activities previously reported to this Court, which started on the night of this Court's preliminary injunction, Defendants have failed to provide the Endowment's Fiscal Year 2026 funding for more than two months. On November 12, 2025, Congress appropriated $105 million "[f]or grants made by the

1

Department of State to the National Endowment for Democracy." Pub. L. No. 118-47, 138 Stat. 460, 737 (2024); *see* Pub. L. No. 119-37 (2025) (continuing resolution for first four months of Fiscal Year 2026). The Endowment has made inquiries to the State Department regarding that funding; the State Department has not yet obligated or disbursed any of the funds that Congress appropriated specifically for the Endowment for this Fiscal Year. The Endowment is further not aware of any apportionment of its Fiscal Year 2026 funding by the Office of Management and Budget.

Defendants will respond to the Endowment's assertion, to the extent necessary or appropriate, in a subsequent status report.

For the foregoing reasons, the parties jointly propose that the Court order that the parties submit a joint status report in 15 days.

Dated: January 14, 2025

Respectfully submitted,

/s/ Donald B. Verrilli, Jr.

| | |
|---|---|
| BRETT A. SHUMATE<br>Assistant Attorney General | Donald B. Verrilli, Jr. (D.C. Bar No. 420434)<br>Ginger D. Anders (D.C. Bar No. 494471)<br>Jeremy S. Kreisberg (D.C. Bar No. 1048346) |
| ALEXANDER K. HAAS<br>Director, Federal Programs Branch | Helen E. White (D.C. Bar No. 1741368)<br>Esthena L. Barlow (D.C. Bar No. 90000252) |

BRETT A. SHUMATE
Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

JOSEPH E. BORSON
Assistant Branch Director
Federal Programs Branch


/s/ Joshua N. Schopf
JOSHUA N. SCHOPF
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Tel.:   (202) 616-8480
Fax:   (202) 616-8460
Email: joshua.n.schopf@usdoj.gov

*Counsel for Defendants*

Donald B. Verrilli, Jr. (D.C. Bar No. 420434)
Ginger D. Anders (D.C. Bar No. 494471)
Jeremy S. Kreisberg (D.C. Bar No. 1048346)
Helen E. White (D.C. Bar No. 1741368)
Esthena L. Barlow (D.C. Bar No. 90000252)
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Avenue NW, Suite 500E
Washington, D.C. 20001
(202) 220-1100
Donald.Verrilli@mto.com
Ginger.Anders@mto.com
Jeremy.Kreisberg@mto.com
Helen.White@mto.com
Esthena.Barlow@mto.com

Gabriel M. Bronshteyn (*pro hac vice*)
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, California 94105
(415) 512-4000
Gabriel.Bronshteyn@mto.com

Miranda E. Rehaut (*pro hac vice*)
MUNGER, TOLLES & OLSON LLP
350 S. Grand Avenue, Fiftieth Floor
Los Angeles, California 90071
(213) 683-9100
Miranda.Rehaut@mto.com

*Attorneys for the National Endowment for Democracy*