# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 25-5361**                              **September Term, 2025**

**1:25-cv-00648-DLF**

**Filed On: January 15, 2026** [2154463]

National Endowment for Democracy,

       Appellee

       v.

United States of America, et al.,

       Appellants

## O R D E R

Upon consideration of the government's motion to hold case in abeyance, it is

**ORDERED** that the motion be granted, and this case is hereby held in abeyance pending further order of the court.

The appellants are directed to file status reports at 60-day intervals beginning March 16, 2026.

The parties are directed to file motions to govern future proceedings in this case within 30 days of the completion of the district court proceedings.

                                                 **FOR THE COURT:**
                                                 Clifton B. Cislak, Clerk

                               BY:     /s/
                                        Michael C. McGrail
                                        Deputy Clerk