IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| NATIONAL ENDOWMENT FOR DEMOCRACY, | : : : : | |
| *Plaintiff*, | : : | No. 1:25-cv-648-DLF |
| v. | : : : | |
| UNITED STATES OF AMERICA, et al., | : : : | |
| *Defendants*. | : : | |

**JOINT STATUS REPORT**

Plaintiff the National Endowment for Democracy (Endowment or NED) and Defendants United States of America, et al. (Defendants) submit this Joint Status Report, as required by this Court's Minute Order of January 14, 2026.

Consistent with the parties' joint status report of January 14, 2026 (ECF No. 55), the parties propose the following deadlines to govern the Defendants' forthcoming motion to dismiss.

- March 16, 2026: Motion to Dismiss
- April 13, 2026: Opposition
- April 27, 2026: Reply

The Endowment further reports that Defendants still have failed to obligate or disburse any of the Fiscal Year 2026 funding that Congress appropriated for the Endowment more than two months ago. On November 12, 2025, Congress appropriated $105 million "[f]or grants made by the Department of State to the National Endowment for Democracy." Pub. L. No. 118-47, 138 Stat. 460, 737 (2024); *see* Pub. L. No. 119-37 (2025) (continuing resolution for first four months of Fiscal Year 2026). The Endowment has made inquiries to the State Department regarding that

1

funding, including since the filing of the last joint status report. However, the State Department has not yet obligated or disbursed any of the funds that Congress appropriated specifically for the Endowment for this Fiscal Year. The Endowment is further not aware of any apportionment of its Fiscal Year 2026 funding by the Office of Management and Budget.

    Counsel for the Endowment asked Defendants' counsel for an update on the status of the Endowment's funding and an explanation for why no Fiscal Year 2026 funds have been obligated or disbursed to the Endowment. Defendants' counsel does not have responsive information at this time. Accordingly, the parties respectfully request that the Court order a joint status report by February 9, 2026.

Dated: January 29, 2025                                Respectfully submitted,

                                                       /s/ Donald B. Verrilli, Jr.
BRETT A. SHUMATE                                       Donald B. Verrilli, Jr. (D.C. Bar No. 420434)
Assistant Attorney General                             Ginger D. Anders (D.C. Bar No. 494471)
                                                       Jeremy S. Kreisberg (D.C. Bar No. 1048346)
ALEXANDER K. HAAS                                      Helen E. White (D.C. Bar No. 1741368)
Director, Federal Programs Branch                      Esthena L. Barlow (D.C. Bar No. 90000252)
                                                       MUNGER, TOLLES & OLSON LLP
JOSEPH E. BORSON                                       601 Massachusetts Avenue NW, Suite 500E
Assistant Branch Director                              Washington, D.C. 20001
Federal Programs Branch                                (202) 220-1100
                                                       Donald.Verrilli@mto.com
                                                       Ginger.Anders@mto.com
/s/ Joshua N. Schopf                                   Jeremy.Kreisberg@mto.com
JOSHUA N. SCHOPF                                       Helen.White@mto.com
United States Department of Justice                    Esthena.Barlow@mto.com
Civil Division, Federal Programs
Branch                                                 Gabriel M. Bronshteyn (*pro hac vice*)
1100 L Street NW                                       MUNGER, TOLLES & OLSON LLP
Washington, DC 20530                                   560 Mission Street, Twenty-Seventh Floor
Tel.:   (202) 616-8480                                 San Francisco, California 94105
Fax:    (202) 616-8460                                 (415) 512-4000
Email: joshua.n.schopf@usdoj.gov                       Gabriel.Bronshteyn@mto.com

*Counsel for Defendants*                               Miranda E. Rehaut (*pro hac vice*)
                                                       MUNGER, TOLLES & OLSON LLP
                                                       350 S. Grand Avenue, Fiftieth Floor
                                                       Los Angeles, California 90071
                                                       (213) 683-9100
                                                       Miranda.Rehaut@mto.com

                                                       *Attorneys for the National Endowment for
                                                           Democracy*