IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| NATIONAL ENDOWMENT FOR DEMOCRACY, | : : : : | |
| *Plaintiff*, | : : | No. 1:25-cv-648-DLF |
| v. | : : : | |
| UNITED STATES OF AMERICA, et al., | : : : | |
| *Defendants*. | : : | |

**JOINT STATUS REPORT**

Plaintiff the National Endowment for Democracy (Endowment or NED) and Defendants United States of America, et al. (Defendants) submit this Joint Status Report, as required by this Court's Minute Order of January 29, 2026.

*Defendants' Statement:* Defendants have not yet obligated or disbursed NED's FY 2026 Funding. Full-year funding for the Department of State for FY2026 was enacted by Congress on February 3, 2026. Prior to the enactment of full-year funding, a short-term continuing resolution (CR) was in effect from October 1, 2025 to January 30, 2026. During the CR period, due to uncertainties over full year funding, the Department of State did not allot any FY 2026 funding to the Bureau of Democracy, Human Rights, and Labor (DRL), the bureau responsible for obligating funds to NED.

A CR, as a short-term appropriation, must be credited against any full year appropriation. If no full year appropriations are enacted, an Anti-Deficiency Act problem is created from the allotment of short-term CR funds. Now that full-year FY 2026 funding is in place, Defendants are working on the allotment of that funding to State bureaus, including DRL. Should the court

1

determine a further status report is required, Defendants request it be due no earlier than February 19 to allow additional time for State to conduct the activities described below.

*The Endowment's Response:*   Plaintiff appreciates Defendants' confirmation that it is working on allotting full-year funding to NED, which will ensure the obligation and disbursement of full-year funds to the Endowment, and Plaintiff looks forward to their prompt action.  Plaintiff notes, however, that Defendants' statement, received late in the day on February 9, 2026, raises a series of questions.  Among other things, because the funds are appropriated directly by Congress for the Endowment, Defendants' statement does not provide any justification for their failure to obligate and disburse NED's funds.  In addition, in all years prior to FY 2025, when Congress appropriated short-term funding for NED in a CR, funds were apportioned by OMB and then obligated to NED by State, prior to enactment of a full-year appropriation.

The Endowment respectfully requests that the Court order Defendants to provide a status update by Friday, February 13, explaining what steps it has taken toward allotting, apportioning, obligating and disbursing the Endowment's Fiscal Year 2026 funding and specifying when the Endowment will receive the funding that Congress has appropriated for it.

Dated: Feburary 9, 2026 						Respectfully submitted,

											/s/ Donald B. Verrili, Jr.
BRETT A. SHUMATE						Donald B. Verrilli, Jr. (D.C. Bar No. 420434)
Assistant Attorney General					Ginger D. Anders (D.C. Bar No. 494471)
											Jeremy S. Kreisberg (D.C. Bar No. 1048346)
ALEXANDER K. HAAS						Helen E. White (D.C. Bar No. 1741368)
Director, Federal Programs Branch				Esthena L. Barlow (D.C. Bar No. 90000252)
											MUNGER, TOLLES & OLSON LLP
JOSEPH E. BORSON						601 Massachusetts Avenue NW, Suite 500E
Assistant Branch Director					Washington, D.C. 20001
Federal Programs Branch					(202) 220-1100
											Donald.Verrilli@mto.com
											Ginger.Anders@mto.com
*/s/ Joshua N. Schopf*						Jeremy.Kreisberg@mto.com
JOSHUA N. SCHOPF						Helen.White@mto.com
United States Department of Justice			Esthena.Barlow@mto.com
Civil Division, Federal Programs
Branch										Gabriel M. Bronshteyn (*pro hac vice*)
1100 L Street NW							MUNGER, TOLLES & OLSON LLP
Washington, DC 20530						560 Mission Street, Twenty-Seventh Floor
Tel.:   (202) 514-6314						San Francisco, California 94105
											(415) 512-4000
Email: joshua.n.schopf@usdoj.gov			Gabriel.Bronshteyn@mto.com

*Counsel for Defendants*					Miranda E. Rehaut (*pro hac vice*)
											MUNGER, TOLLES & OLSON LLP
											350 S. Grand Avenue, Fiftieth Floor
											Los Angeles, California 90071
											(213) 683-9100
											Miranda.Rehaut@mto.com

											*Attorneys for the National Endowment for
												Democracy*

3