**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾ | : | |
| NATIONAL ENDOWMENT FOR | : | |
| DEMOCRACY, | : | |
| | : | No. 1:25-cv-648-DLF |
| *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES OF AMERICA, et al., | : | |
| | : | |
| *Defendants*. | : | |
| ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾ | : | |

## <u>JOINT STATUS REPORT</u>

Plaintiff the National Endowment for Democracy (Endowment or NED) and Defendants United States of America, et al. (Defendants) submit this Joint Status Report, as required by this Court's Minute Order of February 9, 2026.

*Defendants' Statement:*  The full-year appropriations law was enacted on February 3, 2026.  That law appropriates $315,000,000 for grants made by the Department of State to the National Endowment for Democracy and states that "funds appropriated under this heading shall be apportioned to the Endowment not later than 60 days after the date of enactment of this Act." Consolidated Appropriations Act, 2026, <u>Pub. L. No. 119-75</u>, Division F, Title I.

Consistent with controlling legal authorities, Defendants will either apportion funding in the NED account by that 60-day deadline (April 4, 2026); if so directed by the President, propose to Congress a full or partial rescission under the Impoundment Control Act, 2 U.S.C. §§681-688; or consider other lawful options.  No decision has yet been made, and the statutory deadline remains six weeks away.  Defendants propose to file another status report by March 16, 2026, updating the Court.

1

And in response to Plaintiff's statement, Defendants note that in the last filing, Defendants reported only that "[n]ow that full-year FY 2026 funding is in place, Defendants are working on the allotment of that funding to State bureaus, including DRL."  ECF 58 at 1.

*The Endowment's Response:*    The Endowment received Defendants' response to this Court's February 9 Order at 4:04 P.M. today, February 19—the date that this joint status report is due.  Defendants' response appears to backtrack on representations that Defendants made to this Court ten days ago.  In the last joint status report, Defendants stated that they were "working on the allotment" of the Endowment's appropriated funding for Fiscal Year 2026.  ECF 58 at 1.  Now, Defendants say that "[n]o decision has yet been made" about whether to provide that funding to the Endowment.  The Endowment needs further time to formulate an appropriate response to Defendants' new representations.  The Endowment intends to file such a response tomorrow, February 20.

Dated: Feburary 19, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

JOSEPH E. BORSON
Assistant Branch Director
Federal Programs Branch


*/s/ Joshua N. Schopf*
JOSHUA N. SCHOPF
United States Department of Justice
Civil Division, Federal Programs
Branch
1100 L Street NW
Washington, DC 20530
Tel.:    (202) 514-6314

Email: joshua.n.schopf@usdoj.gov

*Counsel for Defendants*

*/s/ Donald B. Verrilli, Jr.*
Donald B. Verrilli, Jr. (D.C. Bar No. 420434)
Ginger D. Anders (D.C. Bar No. 494471)
Jeremy S. Kreisberg (D.C. Bar No. 1048346)
Helen E. White (D.C. Bar No. 1741368)
Esthena L. Barlow (D.C. Bar No. 90000252)
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Avenue NW, Suite 500E
Washington, D.C. 20001
(202) 220-1100
Donald.Verrilli@mto.com
Ginger.Anders@mto.com
Jeremy.Kreisberg@mto.com
Helen.White@mto.com
Esthena.Barlow@mto.com

Gabriel M. Bronshteyn (*pro hac vice*)
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, California 94105
(415) 512-4000
Gabriel.Bronshteyn@mto.com

Miranda E. Rehaut (*pro hac vice*)
MUNGER, TOLLES & OLSON LLP
350 S. Grand Avenue, Fiftieth Floor
Los Angeles, California 90071
(213) 683-9100
Miranda.Rehaut@mto.com

*Attorneys for the National Endowment for
Democracy*