# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NATIONAL ENDOWMENT FOR DEMOCRACY, | : : : : |
| *Plaintiff*, | : No. 1:25-cv-00648-DLF : |
| v. | : : |
| UNITED STATES, et al., | : : |
| *Defendants*. | : : : |

## [PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE SUPPLEMENTAL COMPLAINT

Having considered Plaintiff's Unopposed Motion for Leave to File Supplemental Complaint and all related filings, it is hereby ORDERED that Plaintiff's motion is GRANTED for the reasons set forth in the motion.

**SO ORDERED.**

_____                              _____
Date                                                                              DABNEY L. FRIEDRICH
                                                                                        United States District Judge

## Names of Persons to be Served
## With Proposed Order Upon Entry

Pursuant to Local Civil Rule 7(k), below are the names and addresses of persons entitled to be notified of entry of the above Proposed Order.

Donald B. Verrilli, Jr.
Munger, Tolles & Olson LLP
601 Massachusetts Avenue NW, Suite 500E
Washington, DC 20001

Joshua N. Schopf
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530