IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NATIONAL ENDOWMENT FOR DEMOCRACY, <br><br> *Plaintiff*, <br><br> v. <br><br> UNITED STATES, et al., <br><br> *Defendants*. | No. 1:25-cv-00648-DLF |

## **PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION**

Plaintiff National Endowment for Democracy ("the Endowment") respectfully moves pursuant to Federal Rule of Civil Procedure 65 for a preliminary injunction. For the reasons presented in the memorandum in support of this motion, the Court should enter an order that would stop Defendants and those they supervise from withholding or otherwise interfering with the Endowment's congressionally mandated funding that was appropriated by Congress in its November 2025 continuing resolution. The precise contours of the order the Endowment seeks are provided in the proposed order attached to this motion.

The Endowment further respectfully requests that the Court enter a briefing schedule that would permit a prompt resolution of the Endowment's motion, considering the extended withholding of the Endowment's funding for nearly four months and the irreparable harm that withholding is inflicting, and considering Defendants' shifting and misleading representations that prevented the Endowment from seeking this relief sooner. The Endowment respectfully suggests that the Court order Defendants to respond to the Endowment's motion in one week— by Monday, March 16—and that the Endowment's reply brief be due two days later—on

1

Wednesday, March 18. If the Court finds it warranted to hold a hearing on the Endowment's motion, the Endowment respectfully suggests that the Court schedule a hearing for Thursday, March 19, or Friday, March 20.

Pursuant to Local Rule 7(m), counsel for the Endowment conferred with counsel for Defendants regarding this motion. Defendants oppose this motion.

Dated:  March 9, 2026  Respectfully submitted,

/s/ *Donald B. Verrilli, Jr.*
Donald B. Verrilli, Jr. (D.C. Bar No. 420434)
Ginger D. Anders (D.C. Bar No. 494471)
Jeremy S. Kreisberg (D.C. Bar No. 1048346)
Helen E. White (D.C. Bar No. 1741368)
Esthena L. Barlow (D.C. Bar No. 90000252)
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Avenue NW, Suite 500E
Washington, D.C. 20001
(202) 220-1100
Donald.Verrilli@mto.com
Ginger.Anders@mto.com
Jeremy.Kreisberg@mto.com
Helen.White@mto.com
Esthena.Barlow@mto.com

Gabriel M. Bronshteyn (*pro hac vice*)
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, California 94105
(415) 512-4000
Gabriel.Bronshteyn@mto.com

Miranda E. Rehaut (*pro hac vice*)
MUNGER, TOLLES & OLSON LLP
350 S. Grand Avenue, Fiftieth Floor
Los Angeles, California 90071
(213) 683-9100
Miranda.Rehaut@mto.com

*Attorneys for the National Endowment for Democracy*

## CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2026, I filed the foregoing document with the Clerk of Court for the United States District Court for the District of Columbia using the court's CM/ECF system, which will send notification of such filing to all registered participants.

                                                    */s/ Donald B. Verrilli, Jr.*
                                                    Donald B. Verrilli, Jr.