# Exhibit 1



United States Department of State

Washington, DC   20520

Damon Wilson
President & Chief Executive Officer
National Endowment for Democracy (NED)
1025 F Street NW, Suite 800
Washington, DC 20004

Dear Mr. Wilson,

Following up on our earlier audit requests, the State Department[1] writes to seek consultation and information regarding overseas programs to be funded by the Endowment, as required by 22 USC § 4414 and other governing statutes and regulations.

Even during ordinary times, the consultation we seek would be appropriate—and required.  When Congress established NED, it required NED to seek input from the State Department about its activities—and provide transparency to the public about the same—precisely to ensure that NED would spend American tax dollars to advance American priorities, including "rights and freedoms . . . essential to the functioning" of free societies.  22 U.S.C. § 4411(b)(1).

Regrettably, though, we write with serious concerns that recent programming has achieved the opposite, and has gravely undermined the foreign policy, safety and prosperity of the United States.  Moreover, audit and transparency mechanisms designed by Congress to guard against this type of misalignment between American interests, on the one hand, and NED's spending of American money, on the other, appear to have been insufficiently observed.

Consistent consultation with the State Department regarding overseas programs funded by NED, as required under 22 U.S.C. § 4414(b), could have surfaced and redressed these issues.  Adequate and timely consultation with the Department is essential to ensure that NED-funded programs align with U.S. foreign policy priorities, avoid duplication with other U.S. Government initiatives, and comply with applicable statutory limitations, including those set forth in 22 U.S.C. § 4414(a) regarding partisan political activity.  However, based on the Department's review of recent Endowment activities and available program information, those consultation requirements were not followed.   Moreover, contrary to NED's representation in its recent letter that there were successive "clean" audits,[2] a review of the audit reports for FY 2021, 2022, and 2023 reveals significant deficiencies in reporting adherence under the Federal Funding Accountability and Transparency Act (FFATA).

---

[1] As you may know, the Under Secretary for Public Diplomacy is the statutory successor to the United States Information Agency pursuant to 22 U.S.C. § 6551, and thus exercises the authorities of the USIA under  22 U.S.C. § 4413(f) and otherwise.

[2] We refer to the letter from Damon Wilson dated September 9, 2025, in response to the Department of State's Audit and Document Production Request.

To ensure comprehensive consultation going forward, and to avoid delays or disputes regarding future disbursements, we want to open a reinvigorated line of communication now. The State Department therefore requests that NED respond no later than March 25, 2026, and provide the following:

1. Confirmation that NED will implement procedures to ensure full compliance with 22 U.S.C. § 4414(b)  and will consult with the Department of State on all overseas programs prior to the initiation of activities as required by statute;

2. Confirmation that NED will otherwise comply with relevant statutory requirements per 22 U.S.C. § 4413(a); and

3. A list of grant recipients and activities that NED intends to fund with federal fiscal year 2026 funds.

Please feel free to contact me with any questions. Upon confirmation of the above, and assurance that NED will fully comply with statutory duties governing its expenditures, the State Department will work to obligate appropriated 2026 funding.

Thank you,

Sarah B. Rogers
Under Secretary for Public Diplomacy
United States Department of State

2