# EXHIBIT A



March 18, 2026

The Honorable Sarah B. Rogers
Under Secretary of State for Public Diplomacy
Department of State
2201 C Street, NW
Washington, DC 20520

Dear Under Secretary Rogers,

Thank you for your letter received on March 13, 2026. I can assure you that the National Endowment for Democracy (NED) is committed to advancing American priorities consistent with the NED Act, in which Congress charged NED with the critical responsibility to support democracy and freedom around the world.

For over forty years, we have worked cooperatively with the Executive Branch to discharge our mission consistent with the NED Act, including consultation with the Department of State. We have consistently complied with our statutory requirement to consult with the Department of State on any overseas program funded by the Endowment prior to the commencement of the activities of that program. 22 U.S.C. § 4414(b). That consultation has long been a bedrock of the Endowment's relationship with the Department of State and it has made us stronger and our work more impactful.

For example, over the course of many years, NED has consistently and proactively engaged with officials in U.S. embassies around the world, consulting regarding country analysis, priorities, and programming. NED also provides the State Department with substantial written information about NED's plans, including an annual spending plan and planning document, and monthly obligation reports and quarterly financial reports. We also submit an annual report that provides details of our grantmaking and financials, and we cooperate fully with oversight bodies, including by complying with annual audit requirements.

At the beginning of this Administration, and consistently since, NED has taken steps to strengthen engagement with the State Department. For example, we have taken the initiative to ensure a cadence of regular communications with the State Department, and we briefed officials on these procedures during the transition and at the start of the Administration. NED remains committed to consulting with the Department of State regarding our overseas programs, in full compliance with the statute and in furtherance of our mission.

Your letter also lists three specific requests.

With respect to the first two requests, consistent with 22 U.S.C. § 4413(a), **NED confirms that it will comply with all requirements in the NED Act**, including those related to transparency and accountability, as well as the consultation requirement set forth in 22 U.S.C. § 4414(b). NED will consult with the Department of State on any overseas program funded by the Endowment prior to the commencement of the activities of that program.

With respect to the third request, we are providing you with a list of grant recipients and activities that we intend to fund with FY26 funds current as of March 1, 2026. We also commit to provide you with another list of grant recipients and activities in May 2026 and September 2026, after the scheduled Board meetings where grant recommendations are considered. When providing such information, NED will use a secure means of transmission, established with DRL, and consistent with our duty of care policy, which recognizes the sensitive nature of the information.

Thank you for your support for the Endowment. We look forward to continuing to consult with the State Department to advance our congressionally recognized mission, as we have since our founding 43 years ago.

We are prepared to advance our mandate, promote U.S. interests abroad, and play an important role in bolstering democracy and fundamental rights in this consequential moment for freedom around the world.

Sincerely,

Damon Wilson
President and CEO

*Enclosure: FY26 Grant Listings (as of March 1, 2026)*