**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| NATIONAL ENDOWMENT FOR DEMOCRACY, | : : : : | |
| *Plaintiff,* | : : | No. 1:25-cv-00648-DLF |
| v. | : : | |
| UNITED STATES, et al., | : : | |
| *Defendants.* | : : : | |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION**
**FOR A PRELIMINARY INJUNCTION**

This matter came before the Court on Plaintiff's Motion for a Preliminary Injunction.

After consideration of that motion and all related filings, it is hereby ORDERED that Plaintiff's

motion is GRANTED for substantially the reasons stated in Plaintiff's memorandum in support

of its motion and reply brief in support of its motion.  The Court therefore ORDERS:

1.  That Defendants and their agents are ENJOINED from withholding, blocking, reserving, or otherwise interfering with payment of the funding appropriated to the Endowment for fiscal year 2026, Pub. L. No. 119-75,140 Stat. 173, 521 (2026), including by interfering with the apportionment, obligation, and ultimate disbursement of such funds; and

2.  That Defendants shall file a status report with the Court within 24 hours of this order, and at regular intervals thereafter, confirming the regular apportionment, obligation, and disbursement of the Endowment's appropriated funds and reporting all steps that Defendants and their agents have taken to comply with the Court's preliminary injunction.

**SO ORDERED.**

_____
Date

_____
DABNEY L. FRIEDRICH
United States District Judge

1

**Names of Persons to be Served**
**With Proposed Order Upon Entry**

Pursuant to Local Civil Rule 7(k), below are the names and addresses of persons entitled

to be notified of entry of the above Proposed Order.

Donald B. Verrilli, Jr.
Munger, Tolles & Olson LLP
601 Massachusetts Avenue NW, Suite 500E
Washington, DC 20001

Joshua N. Schopf
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530