**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| NATIONAL ENDOWMENT FOR DEMOCRACY, | : : : : | |
| *Plaintiff,* | : : | No. 1:25-cv-648-DLF |
| v. | : : | |
| UNITED STATES OF AMERICA, et al., | : : | |
| *Defendants.* | : : | |

**CONSENT MOTION TO HOLD SURREPLY DEADLINE IN ABEYANCE**

On March 19, 2026, the Court ordered Defendants to file a surreply by March 20, 2026 to Plaintiff's Reply In Support of its Motion for Preliminary Injunction. March 19, 2026 Minute Order. Defendants request that today's deadline be held in abeyance until March 25, 2026 based on the following:

As we previously reported, on March 16, 2026, OMB apportioned to the State Department the full amount ($315,000,000) of FY26 funds for grants to the Endowment. ECF 65 at 1. On March 18, 2026, State received Plaintiff's satisfactory response to the Rogers Letter (ECF 65-1), confirming the Endowment's commitment to comply with all requirements in the NED Act. ECF 67-1. As a result, on March 19, 2026, State began allotting that funding to the Bureau of Democracy, Human Rights, and Labor (DRL) and that process will be completed today. DRL will then obligate that funding to the Endowment's accounts. That obligation is on track to be finalized by Monday, March 23, 2026 and should be done no later than Tuesday, March 24, 2026 in the full amount of $315,000,000. At that time, and until those funds are fully expended, the Endowment will be able to fully draw on its accounts for disbursement of that funding without any interference

1

or interruptions.  Defendants will not terminate the Endowment's grant based on any allegations in the Rogers Letter, claw back any funding based on any allegations in the Rogers Letter or otherwise take adverse action against the Endowment based on any allegations in the Rogers Letter.

Given these developments, Defendants request that today's surreply deadline be held in abeyance until Wednesday, March 25, to allow time for the process of obligating Plaintiff's funding to finish and for the parties to confer about a potential resolution to Plaintiff's Motion for a Preliminary Injunction and whether a hearing on April 1 or 2 is needed.  In light of the above representations, Plaintiff consents to this motion.


Dated: March 20, 2026                          Respectfully Submitted,

                                               BRETT A. SHUMATE
                                               Assistant Attorney General

                                               ALEXANDER K. HAAS
                                               Director, Federal Programs Branch

                                               JOSEPH E. BORSON
                                               Assistant Branch Director
                                               Federal Programs Branch

                                               */s/ Joshua N. Schopf*
                                               JOSHUA N. SCHOPF
                                               United States Department of Justice
                                               Civil Division, Federal Programs Branch
                                               1100 L Street NW
                                               Washington, DC 20530
                                               Tel.:    (202) 514-6314
                                               joshua.n.schopf@usdoj.gov

                                               *Counsel for Defendants*


2