**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| NATIONAL ENDOWMENT FOR DEMOCRACY, | : : : : | |
| *Plaintiff,* | : : | No. 1:25-cv-648-DLF |
| v. | : : : | |
| UNITED STATES OF AMERICA, et al., | : : | |
| *Defendants.* | : : | |

**CONSENT MOTION TO STAY DEADLINES**

On March 20, 2026, Defendants reported to the Court that the Department of State had begun allotting the full amount ($315,000,000) of FY26 funds to the Bureau of Democracy, Human Rights, and Labor (DRL) and that DRL would then obligate that funding to the Endowment. ECF No. 68. That process is now complete and the parties have executed the FY26 grant agreement. The Endowment is free to request funding draw downs under the grant and such requests will be paid on the standard timeline in the payment management system. Given these developments, the parties request a stay of deadlines in this matter, including today's surreply deadline as ordered by the Court's Minute Order of March 20, 2026.

The parties will confer as to appropriate next steps in this matter, including a potential resolution to Plaintiff's Motion for a Preliminary Injunction, and report back to the Court no later than March 31, 2026. Plaintiff consents to this motion and states that it looks forward to confirming availability of the funds through the PMS system, which Plaintiff understands will take a few days.

1

Dated: March 25, 2026

Respectfully Submitted,

BRETT A. SHUMATE
Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

JOSEPH E. BORSON
Assistant Branch Director
Federal Programs Branch

*/s/ Joshua N. Schopf*
JOSHUA N. SCHOPF
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Tel.:    (202) 514-6314
joshua.n.schopf@usdoj.gov

*Counsel for Defendants*

2