**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| | : | |
| NATIONAL ENDOWMENT FOR DEMOCRACY, | : | |
| | : | |
| | : | No. 1:25-cv-648-DLF |
| *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES OF AMERICA, et al., | : | |
| | : | |
| *Defendants*. | : | |
| | : | |

**JOINT STATUS REPORT AND PLAINTIFF'S MOTION TO WITHDRAW**
**PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION**

Plaintiff the National Endowment for Democracy (Endowment or NED) and Defendants United States of America, et al. (Defendants) submit this Joint Status Report, as required by this Court's Minute Order of March 25, 2026.

*The Endowment's Statement and Motion:* As Defendants reported on March 25, 2026, the State Department has obligated to the Endowment the $315 million that Congress appropriated for the Endowment in fiscal year 2026. *See* ECF No. 69. On Friday, March 27, the Endowment confirmed that such funding is available in the Endowment's PMS account. The Endowment then submitted an initial drawdown request from that account. On Monday, March 30, the Endowment received into its bank account the funds that it drew down from its PMS account.

In addition, Defendants have made several important representations since the filing of the Endowment's motion for a preliminary injunction. Defendants have represented that "the Endowment will be able to fully draw on its accounts for disbursement of [its] funding without any interference or interruptions," ECF No. 68 at 1-2, and that the Endowment's drawdown

1

requests "will be paid on the standard timeline," ECF No. 69 at 1.  Defendants have also represented that "Defendants will not terminate the Endowment's grant based on any allegations in the Rogers Letter, claw back any funding based on any allegations in the Rogers Letter, or otherwise take adverse action against the Endowment based on any allegations in the Rogers Letter."  ECF No. 68 at 2.

Based on the developments since the Endowment's filing of its motion for a preliminary injunction, including Defendants' representations, the Endowment respectfully moves to withdraw its motion for a preliminary injunction (ECF No. 63) without prejudice to refiling based on any renewed interference with the Endowment's funding or on any other developments that demonstrate that Defendants are not following the representations they have made.

*Defendants' Response:*  Defendants agree with the above and add that as Plaintiff has obtained the relief Plaintiff sought in its Supplemental Complaint, dismissal of this entire matter is now warranted.  Defendants will confer with Plaintiff and, absent a stipulation for dismissal, propose a renewed schedule for a motion to dismiss by April 14, 2026.

Dated: March 31, 2026

Respectfully submitted,

/s/ Donald B. Verrilli, Jr.

BRETT A. SHUMATE
Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

JOSEPH E. BORSON
Assistant Branch Director
Federal Programs Branch


/s/ Joshua N. Schopf
JOSHUA N. SCHOPF
United States Department of Justice
Civil Division, Federal Programs
Branch
1100 L Street NW
Washington, DC 20530
Tel.:    (202) 514-6314

Email: joshua.n.schopf@usdoj.gov

*Counsel for Defendants*

Donald B. Verrilli, Jr. (D.C. Bar No. 420434)
Ginger D. Anders (D.C. Bar No. 494471)
Jeremy S. Kreisberg (D.C. Bar No. 1048346)
Helen E. White (D.C. Bar No. 1741368)
Esthena L. Barlow (D.C. Bar No. 90000252)
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Avenue NW, Suite 500E
Washington, D.C. 20001
(202) 220-1100
Donald.Verrilli@mto.com
Ginger.Anders@mto.com
Jeremy.Kreisberg@mto.com
Helen.White@mto.com
Esthena.Barlow@mto.com

Gabriel M. Bronshteyn (*pro hac vice*)
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, California 94105
(415) 512-4000
Gabriel.Bronshteyn@mto.com

Miranda E. Rehaut (*pro hac vice*)
MUNGER, TOLLES & OLSON LLP
350 S. Grand Avenue, Fiftieth Floor
Los Angeles, California 90071
(213) 683-9100
Miranda.Rehaut@mto.com

*Attorneys for the National Endowment for
    Democracy*

3