# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| NATIONAL ENDOWMENT FOR DEMOCRACY, | : | |
| *Plaintiff,* | : | No. 1:25-cv-00648-DLF |
| v. | : | |
| UNITED STATES, et al., | : | |
| *Defendants.* | : | |

## ORDER GRANTING PLAINTIFF'S MOTION
## TO WITHDRAW MOTION FOR A PRELIMINARY INJUNCTION

On March 9, 2026, Plaintiff filed a Motion for a Preliminary Injunction. ECF No. 63.

Plaintiff sought an order enjoining Defendants from withholding, blocking, reserving, or

otherwise interfering with payment of the $315 million in funding appropriated to Plaintiff for

fiscal year 2026. ECF No. 67-3. After Defendants filed an opposition and Plaintiff filed a reply,

Defendants obligated the full $315 million in funding to Plaintiff. ECF No. 69. Plaintiff now

reports that, on March 30, 2026, it successfully drew down funds into its bank account.

Defendants have also made several representations since the Endowment filed its motion.

Specifically, they have represented that "the Endowment will be able to fully draw on its

accounts for disbursement of [its] funding without any interference or interruptions," ECF No.

68 at 1-2, and that the Endowment's drawdown requests "will be paid on the standard timeline,"

ECF No. 69 at 1. Defendants have also represented that "Defendants will not terminate the

Endowment's grant based on any allegations in the Rogers Letter, claw back any funding based

on any allegations in the Rogers Letter, or otherwise take adverse action against the Endowment

based on any allegations in the Rogers Letter." ECF No. 68 at 2.

1

Based on these intervening events and Defendants' representations, Plaintiff now moves to withdraw the Motion for a Preliminary Injunction filed on March 9, 2026 without prejudice to refiling based on any renewed interference with the Endowment's funding or on any other developments that demonstrate that Defendants are not following the representations they have made. The Court therefore ORDERS that the Motion to Withdraw the Motion for a Preliminary Injunction is GRANTED without prejudice.

**SO ORDERED.**

April 1, 2026

<span style="float:right;">DABNEY L. FRIEDRICH<br>United States District Judge</span>