**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| | : | |
| NATIONAL ENDOWMENT FOR DEMOCRACY, | : | |
| | : | No. 1:25-cv-648-DLF |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES OF AMERICA, et al., | : | |
| | : | |
| *Defendants.* | : | |
| | : | |

**JOINT STATUS REPORT**

Plaintiff the National Endowment for Democracy (Endowment or NED) and Defendants United States of America, et al. (Defendants) submit this Joint Status Report, as required by this Court's Minute Order of April 1, 2026.

The parties disagree over whether the Endowment's lawsuit is moot. Thus, the parties propose the following deadlines to govern the Defendants' forthcoming motion to dismiss:

- May 29, 2026: Motion to Dismiss

- June 26, 2026: Opposition

- July 10, 2026: Reply

1

Dated: April 14, 2026

Respectfully submitted,

/s/ Donald B. Verrilli, Jr.

BRETT A. SHUMATE
Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

JOSEPH E. BORSON
Assistant Branch Director
Federal Programs Branch


/s/ Joshua N. Schopf
JOSHUA N. SCHOPF
United States Department of Justice
Civil Division, Federal Programs
Branch
1100 L Street NW
Washington, DC 20530
Tel.:    (202) 616-8480
Fax:    (202) 616-8460
Email: joshua.n.schopf@usdoj.gov

*Counsel for Defendants*

Donald B. Verrilli, Jr. (D.C. Bar No. 420434)
Ginger D. Anders (D.C. Bar No. 494471)
Jeremy S. Kreisberg (D.C. Bar No. 1048346)
Helen E. White (D.C. Bar No. 1741368)
Esthena L. Barlow (D.C. Bar No. 90000252)
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Avenue NW, Suite 500E
Washington, D.C. 20001
(202) 220-1100
Donald.Verrilli@mto.com
Ginger.Anders@mto.com
Jeremy.Kreisberg@mto.com
Helen.White@mto.com
Esthena.Barlow@mto.com

Gabriel M. Bronshteyn (*pro hac vice*)
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, California 94105
(415) 512-4000
Gabriel.Bronshteyn@mto.com

Miranda E. Rehaut (*pro hac vice*)
MUNGER, TOLLES & OLSON LLP
350 S. Grand Avenue, Fiftieth Floor
Los Angeles, California 90071
(213) 683-9100
Miranda.Rehaut@mto.com

*Attorneys for the National Endowment for
Democracy*

2