**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| NATIONAL ENDOWMENT FOR DEMOCRACY | ) ) ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 1:25-cv-648-DLF |
| | ) | |
| UNITED STATES OF AMERICA, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S AMENDED AND**
**SUPPLEMENTAL COMPLAINTS**

Pursuant to Federal Rules of Civil Procedure 12(b)(1), Defendants hereby move to dismiss Plaintiff's Amended and Supplemental Complaints for lack of jurisdiction. The grounds for this motion are set forth in the attached memorandum. For the reasons explained therein, Defendant's motion should be granted. A proposed order is attached.

1

Dated: May 29, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

JOSEPH E. BORSON
Assistant Branch Director
Federal Programs Branch

*/s/ Joshua N. Schopf*
JOSHUA N. SCHOPF
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Tel.:    (202) 514-6314
joshua.n.schopf@usdoj.gov

*Counsel for Defendants*

2