**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL ENDOWMENT FOR DEMOCRACY ) ) ) ) Plaintiff, ) v. ) ) UNITED STATES OF AMERICA, et al., ) ) ) Defendants. ) ) | No. 1:25-cv-648-DLF |

**[PROPOSED] ORDER**

Upon consideration of Defendants' motion to dismiss the Plaintiff's Amended and Supplemental Complaints, it is hereby ORDERED that Defendants' motion is GRANTED.  The Plaintiff's Amended (ECF No. 35) and Supplemental Complaints (ECF No. 64) are dismissed.


Dated: _____                          _____

                                               Dabney L. Friedrich
                                               United States District Judge

Dated: May 29, 2026                              Respectfully submitted,

                                                 BRETT A. SHUMATE
                                                 Assistant Attorney General

                                                 ALEXANDER K. HAAS
                                                 Director, Federal Programs Branch

                                                 JOSEPH E. BORSON
                                                 Assistant Branch Director
                                                 Federal Programs Branch

                                                 */s/ Joshua N. Schopf*
                                                 JOSHUA N. SCHOPF
                                                 United States Department of Justice
                                                 Civil Division, Federal Programs Branch
                                                 1100 L Street NW
                                                 Washington, DC 20530
                                                 Tel.:    (202) 514-6314
                                                 joshua.n.schopf@usdoj.gov

                                                 *Counsel for Defendants*

2