**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| | : | |
| NATIONAL ENDOWMENT FOR DEMOCRACY, | : | |
| | : | No. 1:25-cv-648-DLF |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES OF AMERICA, et al., | : | |
| | : | |
| *Defendants.* | : | |
| | : | |

**JOINT MOTION TO MODIFY BRIEFING SCHEDULE**

On April 14, 2026, the Court issued a briefing schedule, ordering Defendants to file a motion to dismiss by May 29, 2026; Plaintiff to file its opposition by June 26, 2026; and Defendants to file their reply by July 10, 2026. April 14 Minute Order.

Defendants filed their motion to dismiss on May 29, 2026. ECF No. 74. The parties now jointly move for a short extension of the remaining briefing schedule as follows:

- July 2, 2026: Plaintiff files its Opposition.

- July 17, 2026: Defendant files its Reply.

1

Dated:  June 23, 2026

BRETT A. SHUMATE
Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

JOSEPH E. BORSON
Assistant Branch Director
Federal Programs Branch


*/s/ Joshua N. Schopf*
JOSHUA N. SCHOPF
United States Department of Justice
Civil Division, Federal Programs
Branch
1100 L Street NW
Washington, DC 20530
Tel.:    (202) 616-8480
Fax:    (202) 616-8460
Email: joshua.n.schopf@usdoj.gov

*Counsel for Defendants*

Respectfully submitted,


/s/ *Donald B. Verrilli, Jr.*
Donald B. Verrilli, Jr. (D.C. Bar No. 420434)
Ginger D. Anders (D.C. Bar No. 494471)
Jeremy S. Kreisberg (D.C. Bar No. 1048346)
Helen E. White (D.C. Bar No. 1741368)
Esthena L. Barlow (D.C. Bar No. 90000252)
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Avenue NW, Suite 500E
Washington, D.C. 20001
(202) 220-1100
Donald.Verrilli@mto.com
Ginger.Anders@mto.com
Jeremy.Kreisberg@mto.com
Helen.White@mto.com
Esthena.Barlow@mto.com

Gabriel M. Bronshteyn (*pro hac vice*)
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, California 94105
(415) 512-4000
Gabriel.Bronshteyn@mto.com

Miranda E. Rehaut (*pro hac vice*)
MUNGER, TOLLES & OLSON LLP
350 S. Grand Avenue, Fiftieth Floor
Los Angeles, California 90071
(213) 683-9100
Miranda.Rehaut@mto.com

*Attorneys for the National Endowment for
    Democracy*

2