**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| NATIONAL ENDOWMENT FOR DEMOCRACY, | : : : : | |
| *Plaintiff,* | : : | No. 1:25-cv-00648-DLF |
| v. | : : | |
| UNITED STATES, et al., | : : | |
| *Defendants.* | : : : | |

## [PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO DISMISS

This matter came before the Court on Defendants' Motion to Dismiss.  After

consideration of that motion and all related filings, and the entire record herein, it is hereby

ORDERED that Defendants' Motion to Dismiss is DENIED for substantially the same reasons

stated in Plaintiff's memorandum in opposition to the Motion.

**SO ORDERED.**

_____                                _____
Date                                                                        DABNEY L. FRIEDRICH
                                                                                United States District Judge

1

**Names of Persons to be Served
With Proposed Order Upon Entry**

Pursuant to Local Civil Rule 7(k), below are the names and addresses of persons entitled to be notified of entry of the above Proposed Order.

Donald B. Verrilli, Jr.
Munger, Tolles & Olson LLP
601 Massachusetts Avenue NW, Suite 500E
Washington, DC 20001

Joshua N. Schopf
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530